UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAYVON RON ARCEMENT** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-2888** |
| **SHERIFF JOSEPH P. LOPINTO, III, ET AL.** | **SECTION: "H" (4)** |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Trayvon Ron Arcement's § 1983 claims against the Defendants Sheriff Joseph Lopinto, III, Governor John Bel Edwards, and former Parish President Aaron Broussard, be **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim for which relief can be granted, and for seeking relief against immune defendants pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 9th day of June, 2023.

**JUDGE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**